UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Deborah J Schierholt,

    Plaintiff,

v.

Nationwide Mutual Insurance Co.,

    Defendant.

Case No. 2:22-cv-3061

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

Defendant moves for judgment on the pleadings. ECF No. 7. In support of its motion, Defendant has filed a contract. ECF No. 7-1. Significant portions of that contract are redacted. Id.

There is a "strong presumption in favor of openness as to court records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016) (internal quotation marks and citation omitted). As the United States Court of Appeals for the Sixth Circuit has explained,

> [t]he burden of overcoming that presumption [of openness] is borne by the party that seeks to seal [the records]. *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001). The burden is a heavy one: "Only the most compelling reasons can justify non-disclosure of judicial records." *In re Knoxville News-Sentinel Co.*, 723 F.2d 470, 476 (6th Cir. 1983) . . . And even where a party can show a compelling reason why certain documents or portions thereof should be sealed, the seal itself must be narrowly tailored to serve that reason. *See, e.g., Press-Enter. Co. v. Superior Court of California, Riverside Cnty.*, 464 U.S. 501, 509–10, 104 S. Ct. 819, 78 L.Ed. 2d 629 (1984).

*Id.* This reasoning also applies to redactions. *See Abraham, Inc. v. United States*, No. 2:18-CV-1306, 2020 WL 8816135, at *1 (S.D. Ohio Dec. 1, 2020) (internal citations omitted).

Accordingly, the Defendant is **ORDERED** to file an unredacted version of ECF No. 7-1 **within fourteen days**. The parties are **DIRECTED** to review their filings for any other redactions and, if they find any, to file unredacted versions of such documents **within fourteen days**. In the alternative, any party wishing to file a document under seal may move for leave to do so, with a properly supported motion, **within fourteen days**. In the event the Court grants a motion to seal, the filing party must file a publicly available redacted copy of the sealed document along with an unredacted version under seal.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**